UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 07-15-GFVT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| JIMMY RAY CRAFT, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the reported violations of supervised release conditions by Defendant Jimmy Ray Craft. This issue was referred to Magistrate Edward B. Atkins [R. 52], who conducted a hearing pursuant to Federal Rule of Criminal Procedure 32.1(b). [R. 56]. Following this hearing, Judge Atkins prepared a Recommended Disposition, in which he recommended revocation of supervised release and imprisonment for a term of eighteen (18) months consecutive to any period of incarceration to be served in state court. [R. 59]. Judge Atkins also recommended that this term be served at USP Big Sandy, if possible. [R. 59].

Pursuant to 28 U.S.C. § 636(b)(1), a party has fourteen days after being served with a copy of the Recommended Disposition to file a specific written objection. Upon receiving an objection by a party, this Court must conduct a de novo review of the portion of the Recommended Disposition to which the party specifically objected. However, as Judge Atkins warned warned in his Recommended Disposition, failure to make timely objection consistent

1

with this statute and rule may, and normally will, result in waiver of further appeal to or review by the District Court or Court of Appeals. [R. 59]. *See also, United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985). Though that objection period has not passed, the Defendant has filed notice in the record that he is without objection to the Report and Recommendation. [R. 60]. As such, the Defendant has effectively waived any rights he might have had to de novo review by this Court or an appeal in the Court of Appeals. Further, the Defendant has filed a waiver of allocution [R. 57], expressly waiving any right he might have had to a hearing prior to a final judgment by this Court. Therefore, the Court having now reviewed the Recommended Disposition hereby accepts the recommendation of the Magistrate Judge and adopts it as and for the opinion of this Court.

Accordingly, it is **ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [R.59] is **ADOPTED** as and for the opinion of this Court; and

3. The Defendant's supervised release is revoked in favor of imprisonment for a term of eighteen (18) months consecutive to any period of incarceration to be served in state court. [R. 59]. The Court also recommends that this term be served at USP Big Sandy, if possible.

4. An Amended Judgment shall be entered.

This 18th Day of February, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge